UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                                 :   11 Civ. 6188 (DLC)
                                                 :   11 Civ. 6189 (DLC)
FEDERAL HOUSING FINANCE AGENCY,      :   11 Civ. 6190 (DLC)
                                                 :   11 Civ. 6192 (DLC)
              Plaintiff,              :   11 Civ. 6193 (DLC)
                                               :   11 Civ. 6195 (DLC)
      -v-                            :   11 Civ. 6198 (DLC)
                                               :   11 Civ. 6200 (DLC)
                                               :   11 Civ. 6201 (DLC)
JPMORGAN CHASE & CO., et al.,        :   11 Civ. 6202 (DLC)
                                               :   11 Civ. 6203 (DLC)
            Defendants;             :   11 Civ. 6739 (DLC)
                                             :   11 Civ. 7010 (DLC)
And other FHFA cases.                  :
                                             :   <u>SCHEDULING ORDER</u>
---------------------------------------X

DENISE COTE, District Judge:

    In a letter of October 18, 2013, plaintiff FHFA raised a discovery dispute regarding document production from third-party Clayton Holdings LLC ("Clayton"). It is hereby

    ORDERED that a telephone conference will be held with Clayton and the parties to address this issue on October 24, 2013, at 3:30 PM.

Dated:   New York, New York
          October 22, 2013

                                    _____
                                          DENISE COTE
                              United States District Judge