UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,

　　　　　　　　　　　　Plaintiff,

　　-against-

DEUTSCHE BANK AG., *et al.*,

　　　　　　　　　　　　Defendants.

11 Civ. 6192 (DLC)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff, Federal Housing Finance Agency, and Defendants Deutsche Bank AG, Taunus Corporation, DB Structured Products, Inc., Deutsche Bank Securities Inc., ACE Securities Corp., MortgageIT Securities Corp., Douglas K. Johnson, Evelyn Echevarria, and Juliana C. Johnson have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action shall be, and hereby is, dismissed with prejudice, with each party to bear its own costs.

04250.61937-H/5684939.2

Dated: December 27, 2013
       New York, New York

By: /s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
Jordan A. Goldstein
(jordangoldstein@quinnemanuel.com)
David B. Schwartz
(davidschwartz@quinnemanuel.com)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, New York 10010
Tel. (212) 849-7000
Fax. (212) 849-7100

*Attorneys for Plaintiff*
*Federal Housing Finance Agency*

By: /s/ David J. Woll
Thomas C. Rice
(trice@stblaw.com)
David J. Woll
(dwoll@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel. (212) 455-2000
Fax (212) 455-2502

*Attorneys for the Deutsche Bank Defendants*

04250.61937-H/5684939.2